CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2017

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELIZABETH M. RICE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:16-cv-00396 |
| v. | ) |
| JOHN C. WILLIAMS, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant John C. Williams' motion in limine (ECF No. 25) is **GRANTED in part** and **DENIED in part**. Plaintiff Elizabeth M. Rice may not introduce evidence of the cost of possible future lumbar or cervical fusion surgeries, because those surgeries are optional possibilities she has not chosen to pursue. As such, there is no reasonable probability that these medical expenses are reasonably expected to occur in the future. However, Rice may introduce evidence of State Farm's payments to defendant Williams' medical expert witness to show bias or prejudice under Federal Rules of Evidence 401, 403 and 411.

It is **SO ORDERED**.

Entered: 07-26-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge